UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) | 17-11919-FDS |
| ALBERT O. SNOW, et al., | ) ) ) | |
| Defendants. | ) ) | |

### ORDER ON MOTION FOR APPROVAL OF
### MEMORANDUM OF LIS PENDENS

**SAYLOR, C.J.**

The United States has filed a motion for the approval of a memorandum of *lis pendens*, pursuant to Mass. Gen. Laws. ch. 184, § 15(b).  (*See* Docket Nos. 39, 45).  That motion is related to the real property titled in the name of the Snow Family Trust and located at 59 Summer Street in Medway, Massachusetts.  The Court hereby finds that the subject matter of this action constitutes a claim of right to title to real property, or the use and occupation thereof or the buildings thereon.  Accordingly, the motion for the approval of the memorandum of *lis pendens* is hereby GRANTED.

**So Ordered.**

Dated:  May 17, 2023

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court