UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 17-11919-FDS |
| ) | |
| ALBERT O. SNOW, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER ON MOTION FOR JOINDER OF
TALLAGE BROOKS, LLC

**SAYLOR, C.J.**

The United States has filed a motion to join Tallage Brooks, LLC as a defendant in this action. (Docket No. 40). That motion is hereby GRANTED. The Clerk is directed to amend the caption to add Tallage Brooks, LLC as a defendant.

**So Ordered.**

Dated: May 17, 2023

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court